IN THE UNITED STATES DISRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRINIA

CHARLESTON DIVISION

2:14-CV-26147

Shannon O. Phillips

Plaintiff

Vs.

Norfolk Southern Railroad

Defendants



FILED SEP 2 4 2014 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

Mr. Shannon O. Philips a former employee of Norfolk Southern Railroad is requesting that his case be heard in The Southern District Court of West Virginia, Charleston Division.

1. Mr. Phillips has been discriminated against because of his medical disability (cancer) and reporting an injury that occurred while working.
2. Norfolk Southern Railroad, Three Commercial Place, Norfolk , Virginia 23510
3. The plaintiff, Mr. Shannon O. Phillips was hired for Conrail in 1994. Norfolk Southern Railroad purchased Conrail in 1999. Mr. Phillips was employed as a Locomotive Engineer at both companies. He held an impeccable work record with both companies. He received Injury free awards at both companies.
4. In March 2012 Mr. Phillips injured himself while on duty. He sought treatment after his back didn't heal. Mr. Phillips was diagnosed with a severe lumbar sprain.
5. Mr. Phillips notified the company that he had sprained his back while releasing a hand brake and would need time off. He requested that an injury report be sent to him because of his condition he was not mobile. The employer never supplied the document.
6. Mr. Phillips back didn't get better so an MRI Was performed that showed cancer.
7. While Mr. Phillips was undergoing treatment in the hospital. Norfolk southern obtained medical records unauthorized from the Hospital.
8. Mr. Phillips was harassed by several letters stating he falsified an injury by reporting he hurt his back at work on a handbrake.
9. Was requested to go to a hearing for not promptly reporting an injury. While undergoing serious treatment in the hospital.
10. Mr. Phillips has not been paid for time slips that were submitted in 2010. Mr. Phillips was released  to work after recovering from eye problem. NS medical department held him out of work for two months after his physician specialist and family physician released him back to work.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRINIA

CHARLESTON DIVISION

**Relief Sought**

Mr. Phillips wants to be reinstated as a locomotive engineer
Wants to be paid for his time slips for unlawfully keeping him out of service in 2010
Punitive damages for: Pain and suffering from being fired, harassed, accused of falsifying an injury, medical records being stolen from the hospital and violating HIPPA Rights, assassination of character.

*[signature]* 9/24/14

See Attached Attorney

Norfolk Southern Railroad
Legal Division
Three Commercial Place
Norfolk Division