IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

SHANNON PHILLIPS,

    Plaintiff,

    v.

NORFOLK SOUTHERN RAILWAY COMPANY,
erroneously named as "Norfolk Southern Railroad"

    Defendant.

Civil Action No. 2:14-CV-26147

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Shannon Phillips, *pro se*, and Defendant Norfolk Southern Railway Company, erroneously named as "Norfolk Southern Railroad", by counsel, Scott K. Sheets, Esq. of Dinsmore & Shohl LLP, have notified the Court that all matters in controversy between them have been fully compromised and settled and therefore jointly move the Court to dismiss the above civil action with prejudice. The Court without objection GRANTS the joint motion of the parties and ORDERS that all claims of Plaintiff are hereby dismissed with prejudice.

Accordingly, it is hereby **ORDERED** that this civil action, including but not limited to the Complaint asserted therein, be **DISMISSED WITH PREJUDICE** and stricken from the docket of this Court, with each party bearing his or its own costs and expenses.

The Clerk is directed to provide a certified copy of this Order electronically to counsel of record and to the plaintiff, *pro se,* by regular U.S. mail.

ENTERED: This __16__ day of __Sept__, 2015.

                        HONORABLE JUDGE OF THE UNITED
                        STATES DISTRICT COURT FOR THE
                        SOUTHERN DISTRICT OF WEST VIRGINIA

Presented and approved by:

_____
Shannon O. Phillips
635 Piccadilly Street
Charleston, WV 25302
    *Plaintiff, pro so*

_____
Scott K. Sheets (WVSB #4344)
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV 25701
Phone: (304) 529-6181; Fax: (304) 522-4312
scott.sheets@dinsmore.com
    *Counsel for Defendant, Norfolk Southern Railway Company*

2

9729291v2